IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RUSSELL CLEVENGER,**
**individually and as Personal**
**Representative and Administrator**
**of the Estate of Carolyn Clevenger,**
**and as Guardian and Next Friend of**
**Minor Children Ashley Clevenger and**
**Andrew Clevenger,**

  **Plaintiff,**

v.

**EASTMAN CHEMICAL COMPANY,**

  **Defendant.**             **Case No. 07-cv-148-DRH**

## ORDER

**HERNDON, District Judge:**

  The Court issues this Order, *sua sponte*, **STRIKING** Defendant's Reply (Doc. 12) to Plaintiff's Response in Opposition to Defendant's Motion to Dismiss, or in the Alternative, to Transfer.  The Court refers Defendant to Local Civil Rule 7.1(d), which states, "Reply briefs shall not exceed five (5) pages."  Defendant's Reply is thirteen (13) pages long, thereby exceeding the permissible page limit.  Moreover, Defendant did not seek leave to file additional pages.  Therefore, Defendant is allowed leave to file a Reply conforming with Local Civil Rule 7.1(d) by **April 16, 2007**.

  **IT IS SO ORDERED**.

  Signed this 10th day of April, 2007.

                   /s/   David   RHerndon
                   **United States District Court**